IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JON HAMILTON, CODY GEORGE, and MARTIN W. KOLODZIRE, Individually and on Behalf of Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 5:15-cv-00965-DAE |
| ENERSAFE, INC. f/k/a and ENERSAFE LLC, TCSAFETY, INC., EOG RESOURCES, INC. et al | § § § § § | |
| Defendants. | | |

## PLAINTIFFS' NOTICE OF PROOF OF SERVICE

Plaintiffs' file this Notice of Proof of Service confirming that Defendant JASON ANDERSON ("Defendant") was served with Summons issued and the Original Complaint (ECF Doc. 1) in the above-styled case.

Defendant was served on February 4, 2016 by private process server Lee H. Russell. Attached hereto is the proof of service executed by Mr. Russell confirming same.

Respectfully submitted,

By:   s/ Allen Vaught
Allen R. Vaught
TX Bar No. 24004966
MS Bar No. 101695
avaught@baronbudd.com
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605 – Telephone
(214) 520-1181 – Facsimile

Glenn D. Levy
Texas Bar No. 12264925

                                              Law Office of Glenn D. Levy
                                              906 Basse Road, Suite 100
                                              San Antonio, Texas 78212
                                              Telephone: (210) 822-5666
                                              Facsimile: (210) 822-5650
                                              glenn@glennlevylaw.com

                                              ATTORNEYS FOR PLAINTIFFS