IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JON HAMILTON, et al.,<br>　　Plaintiff, | § § § § | |
| v. | § § | |
| ENERSAFE, INC. f/k/a ENERSAFE LLC, et al.,<br>　　Defendants, | § § § § | |
| ALFREDO WISE, et al.,<br>　　Plaintiff, | § § § | Civil Action No. 5:15-CV-965-DAE |
| v. | § § | |
| EOG RESOURCES, INC. (f/k/a ENRON OIL AND GAS COMPANY), et al.,<br>　　Defendants, | § § § § | |
| *BRANDON CHAUMONT,*<br>　　Plaintiff, | § § § | |
| v. | § § | |
| EOG RESOURCES, INC. (f/k/a ENRON OIL AND GAS COMPANY), et al.,<br>　　Defendants, | § § § § | |

## **ORDER**

Before the Court in the above-styled consolidated cases is Defendants Gryphon Oil Field Services, Michael Chad Cunningham, Jason Anderson, and Ryan McMillan's Opposed Emergency Motion to Amend the Scheduling Order and Extend the Discovery Deadline [#194]. The motion was referred to the undersigned for disposition on May 23, 2019, and the Court held a telephonic hearing on the motion on May 24, 2019. For the reasons stated at the hearing,

**IT IS HEREBY ORDERED** that Defendants Gryphon Oil Field Services, Michael Chad Cunningham, Jason Anderson, and Ryan McMillan's Opposed Emergency Motion to Amend the

1

Scheduling Order and Extend the Discovery Deadline [#194] is **GRANTED IN PART AND DENIED IN PART**.

**IT IS HEREBY ORDERED** that all discovery must be completed in the consolidated cases on or before **July 1, 2019**.

**IT IS FURTHER ORDERED** that all dispositive motions must be filed in the consolidated cases on or before **July 31, 2019**.

**IT IS FURTHER ORDERED** that all depositions of named or opt-in Plaintiffs are to occur in San Antonio, Texas.

**IT IS FURTHER ORDERED** that the parties supplement any outstanding discovery requests to the extent required by the Federal Rules of Civil Procedure.

**IT IS FINALLY ORDERED** that the parties confer on a deposition schedule for the remaining 30 days of discovery as soon as possible and no later than seven days from the date of this Order.

In all other respects, the Motion [#194] is **DENIED**.

SIGNED this 24th day of May, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE